IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KRISTOPHER P. KRAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  09-3089 |
| | ) | |
| LARRY PHILLIPS, Facility Director | ) | |
| Department of Human Services | ) | |
| Treatment and Detention Facility, | ) | |
| and LISA MADIGAN, Attorney | ) | |
| General of the State of Illinois, | ) | |
| | ) | |
| Respondents. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 1) (Petition).  Petitioner paid the requisite filing fee on May 7, 2009; thus, this Court undertakes the initial consideration of the Petition under Rule 4 of the Rules Governing § 2254 Cases.

After a review of the Petition, this Court finds that a summary dismissal is not warranted.  Therefore, pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to the Petition.

1

The response shall discuss the merits and the procedural posture of the Petition, <u>i.e.</u> whether Petitioner has exhausted his state remedies and/or procedurally defaulted any of his claims. <u>See</u> Rule 5 of the Rules Governing § 2254 Cases.

THEREFORE, the Attorney General for the State of Illinois is ordered to file on or before June 30, 2009, an answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases to Petitioner's Petition for a Writ of Habeas Corpus. Petitioner is granted 21 days from the time the answer is filed to file a reply.

IT IS THEREFORE SO ORDERED.

ENTER:  May 19, 2009

       FOR THE COURT:

                                              s/ Jeanne E. Scott
                                         JEANNE E. SCOTT
                                UNITED STATES DISTRICT JUDGE